# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LOUIS CROCKER, et al.,** | |
| Plaintiffs, | **Case No. 4:21-cv-11937-SDK-CI** |
| v. | |
| **CLEVELAND-CLIFFS STEEL CORPORATION (d/b/a AK STEEL DEARBORN WORKS),** | **Judge Shalina D. Kumar** |
| Defendant. | |

## DEFENDANT CLEVELAND-CLIFFS STEEL CORPORATION'S MOTION TO WITHDRAW VINCENT ATRIANO

Pursuant to Local Rule 83.25(b), Defendant Cleveland-Cliffs Steel Corporation, by and through its attorneys, hereby respectfully moves this Court for entry of an Order withdrawing the appearance of Vincent Atriano as counsel of record for Defendant. Mr. Atriano passed away at the end of December 2024.

Erik D. Lange and Danelle M. Gagliardi with Squire Patton Boggs (US) LLP will continue to serve as counsel of record for Defendant.

The Parties have conferred on this motion in compliance with Local Rule 7.1, and Plaintiffs do not oppose this request.

- 2 -

Dated: February 6, 2025				Respectfully submitted,

						*s/Danelle M. Gagliardi*
						Danelle M. Gagliardi
						SQUIRE PATTON BOGGS (US) LLP
						2000 Huntington Center
						41 South High Street
						Columbus, OH 43215
						Tel: (614) 365-2820
						danelle.gagliardi@squirepb.com


						Erik D. Lange (P79166)
						Squire Patton Boggs (US) LLP
						4900 Key Tower
						127 Public Square
						Cleveland, OH 44114-1304
						(216) 479-8040
						erik.lange@squirepb.com

						*Attorneys for Defendant Cleveland-Cliffs Steel Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February, 2025, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

*s/ Danelle M. Gagliardi*
*Attorney for Defendant Cleveland-Cliffs Steel Corporation*