# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LOUIS CROCKER, et al., | |
| Plaintiffs, | Case No. 4:21-cv-11937-SDK-CI |
| v. | |
| | Judge Shalina D. Kumar |
| CLEVELAND-CLIFFS STEEL CORPORATION (d/b/a AK STEEL DEARBORN WORKS), | |
| Defendant. | |

## ORDER WITHDRAWING COUNSEL

NOW upon consideration, the Defendant's Motion to Withdraw Vincent Atriano as counsel for Defendant, is GRANTED. Erik D. Lange and Danelle M. Gagliardi shall remain as counsel of record for Defendant in this case.

IT IS SO ORDERED.

Dated: February 10, 2025

s/Shalina D. Kumar
Hon. Shalina D. Kumar
United States District Judge